MAY 18 '26 PM12:47
RCV'D - USDC FLO SC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| TOMMY LEE FUNDERBURKE | ) | |
| PLAINTIFF, PRO SE | ) | |
| | ) | CASE: 4:25-cv-13980-JD-KDW |
| V. | ) | |
| | ) | |
| VELOCITY INVESTMENTS LLC | ) | NOTICE TO THE COURT |
| DEFENDANT | ) | TO OPPOSE AN EXTENSION |
| _____ | ) | OF 21-DAY RESPONSE TIME |

I am writing the Court to make sure the record is clear about the timeline of this case. I oppose, with good reason, any extra response time for Velocity to comply.

1. **105 of Possession:** Velocity was officially served on May 11, 2026. HOWEVER, they have actually had the Complaint papers since January 29, 2026. I sent them by certified USPS mail (#9589 0710 5270 2422 3440 11). Sent 1/27/26, Delivered 1/29/26.

2. **105 days is already a huge advantage:** Since they have had the papers for 105 days, they have had more than enough time to look into my claims, discuss things with their counsel in my state case, and prepare answers and plan a defense.

3. **Pattern of Delays:** In my related state case, Velocity took 75 days to send an inadequate response to my FDCPA Dispute inquiry, and they are now ignoring a direct court order to provide discovery. Instead of following the rules, they offered to voluntarily dismiss with prejudice just to avoid discovery. I declined any SCRCP 41(a) exit.

4. **Please Require Proper Participation:** They have 21 days to answer. Since they've actually known about this since January, I don't think they can express a good reason to ask for more time. I'm asking the Court to hold them to the 21-day limit.

**Respectfully,**

**Tommy Funderburke, Plaintiff Pro Se**    **Date:** May 14, 2026

PO Box 883 Johnsonville, SC 29555 | tommyfunderburke@gmail.com


**CERTIFICATE OF SERVICE:**

I hereby certify that on this 14th day of May, 2026, I served a true and correct copy of the **NOTICE TO THE COURT TO OPPOSE AN EXTENSION OF 21-DAY RESPONSE TIME** upon the Defendant by depositing the same in the United States First Class Certified Mail, postage prepaid, addressed to the Defendant's registered agent:

**Tara Raleigh, Corporation Service Company, Registered Agent**
100 Coastal Dr., STE 210 Charleston, SC 29492

Respectfully submitted,

**Tommy Funderburke, Plaintiff Pro Se** PO Box 883 Johnsonville, SC 29555