UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA FLORENCE DIVISION

JUN 15 '26 PM12:00
SDC FLO SC

TOMMY LEE FUNDERBURKE                )
    PLAINTIFF, PRO SE                )          CASE: 4:25-cv-13980-JD-KDW
                                     )
V.                                   )          PLAINTIFF'S NOTICE OF
                                     )          ACTUAL NOTICE AND
VELOCITY INVESTMENTS LLC             )          ONGOING ACTUAL HARM
    DEFENDANT                        )

**PLAINTIFF'S NOTICE OF ACTUAL NOTICE AND ONGOING ACTUAL HARM**

**COMES NOW the Plaintiff, Tommy Lee Funderburke,** appearing *pro se*, to respectfully notify the Court of the Defendant's long-standing awareness of the emotional and physical medical harm resulting from their litigation conduct.

1. **Purpose of Notice:** This filing is submitted to ensure the Court's record reflects the Defendant's state of knowledge, specifically regarding the Plaintiff's documented medical vulnerabilities and the Defendant's willful refusal to participate in litigation.

2. **Exhibit A (October 17, 2025 – Actual Notice):** Attached hereto as Exhibit A is the Amended Answer and Counterclaim filed in state court (Case No. 2025-CP-21-01796). This document confirms that the *Defendant has held Actual Notice of the Plaintiff's diagnosed medical conditions (MDD, PTSD, and Anxiety) since October 2025.*

3. **Exhibit B (Medical Declaration of Actual Harm):** Attached hereto as Exhibit B is the Declaration of Impact, detailing the clinical *escalation of the Plaintiff's physical and emotional distress.* This document provides evidence of the specific medications and

medical interventions required to manage the trauma inflicted by the Defendant's "scorched earth" litigation strategy.

4.  **Willful Conduct:** The Defendant has been *aware for eight months* that its collection efforts were causing clinically documented medical distress. Their continued choice to ignore this lawsuit, despite having this knowledge, demonstrates that their default is not the result of "inadvertence" or "excusable neglect," but is *a calculated, willful choice to disregard both the Plaintiff's well-being and the authority of this Court.*

**Respectfully submitted on this 15th day of June, 2026,**

**Tommy Lee Funderburke, Plaintiff, Pro Se**
P.O. Box 883  Johnsonville, SC 29555 tommyfunderburke@gmail.com

## CERTIFICATE OF SERVICE

**I, Tommy Lee Funderburke,** hereby certify that on this 15th day of June, 2026, I served a true and correct copy of the foregoing *Plaintiff's Notice of Actual Notice and Ongoing Actual Harm* upon the Defendant by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following:

9589 0710 5270 2422 3571 34

**Corporation Service Company** 100 Coastal Drive, Suite 210 Charleston, SC 29492 *(Registered Agent for Velocity Investments, LLC)*

Tommy Lee Funderburke, Plaintiff, Pro Se

PO Box 883  Johnsonville, SC 29555