A

STATE OF SOUTH CAROLINA

COUNTY OF FLORENCE

TWELETH JUDICIAL CIRCUIT IN THE COURT OF COMMON PLEAS

C/A NO: 2025-CP-21-1796

VELOCITY INVESTMENTS LLC, Plaintiff

Vs.

TOMMY FUNDERBURKE, Pro se, Defendant.

## AMENDED ANSWER AND COUNTERCLAIM

(Pursuant to SCRCP Rule 15(a) to include an explicit claim for Actual Damages for Emotional Distress and Bad Faith)

### I. AMENDMENT TO FACTUAL ALLEGATIONS

1. Defendant adopts and incorporates by reference all previous admissions, denials, and allegations contained in his original Answer and Jury Demand.

2. New Paragraph X: At all times relevant to this action, Defendant, Tommy Funderburke, has suffered from pre-existing mental health conditions, specifically Major Depressive Disorder, Anxiety, and Post-Traumatic Stress Disorder (PTSD), for which he has been under ongoing treatment (medications and therapy) for years. The emotional sensitivity surrounding this illness caused a delay in fully asserting its relevance as a contributing factor to the damages sought in this Countersuit matter.

**EXHIBIT B: DECLARATION OF IMPACT**

**I. Documented Medical Necessity (Medication Timeline)**

Documented escalation of need for additional medications due to ongoing, without standing, litigation. Velocity and Clarkson & Hale have been informed of the pre-existing vulnerable state of health multiple times by court filing, emails, and letters:

• Bupropion (Wellbutrin) [Baseline]: My long-term maintenance drug for XXXX XXXXXXX XXXX. Stable for 3 years on this medication alone. No urticaria hives breakouts, no panic attacks, no pattern of nightmares.

• Prazosin 1mg [Dr. Phillip Bowman - 12/08/25]: Prescribed for acute anxiety and fight-or-flight responses.

• Albuterol HFA (Ventolin) Inhaler [Dr. Ami Vaidya - 01/15/26]: For breathing distress at night.

• Aripiprazole 2mg [NP Kendrick James / NP Jasmine Watson - 02/20/26]: Used to help with severe sleep disruption and trauma-induced nightmares.

• Hydroxyzine HCl 25mg [NP Jasmine Watson - 04/29/26]: Prescribed to control the return of panic attacks and severe hive outbreaks caused by the March litigation trauma. (No panic attacks or urticaria outbreaks for 3 years prior to March 2026).

• Metoprolol Succinate ER 25mg [Dr. Thomas Crosby - 05/13/26]: Extended-release beta-blocker prescribed to control severe cardiovascular strain and sudden hypertension.

**II. Context of Harassment: Lack of Standing and Malicious Prosecution**

*The defendant has been aware of the judgment-proof status of Tommy Funderburke since August of 2025. Yet, they pursued a pointless lawsuit in an aggressive manner after being asked to stop.*

*The defendant never provided FDCPA or South Carolina accepted proof of debt. The plaintiff has maintained throughout the entire case that he did not owe the alleged debt. The debt was investigated and removed by all three major credit bureaus in April 2026.*

*Velocity filed 4209 cases in South Carolina Courts in 2025. They flood the dockets, and judges assume they have proof of debt ownership and standing. They are almost never challenged. When they are, they fail to produce the required standing.*