## <u>CERTIFICATE OF SERVICE</u>

I, an attorney, hereby certify that on June 16, 2026, I caused to be electronically filed Defendant's Response to Plaintiff's Motion for Default Judgment and Defendant's Motion to Quash Service and/or Vacate Entry of Default with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

For all parties not receiving notification by the CM/ECF system, the undersigned hereby certifies that on June 16, 2026, he served a copy of Defendant's Response to Plaintiff's Motion for Default Judgment and Defendant's Motion to Quash Service and/or Vacate Entry of Default in the above-referenced matter upon the below listed parties that are not otherwise in default by depositing a copy in the United States Mail, postage prepaid, and addressed as follows:

Tommy Lee Funderburke
P.O. Box 883
Johnsonville, SC 29555

/s/Eric C. Hale
Eric C. Hale

**Error! Unknown document property name.**