U.S. Department of Justice
United States Marshals Service

RECEIVED
FEB 17 2026

**PROCESS RECEIPT AND RETURN**
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF <br> Tommy Funderburke | COURT CASE NUMBER <br> 4:25-CV-13980-JD-KDW |
|---|---|
| DEFENDANT <br> Velocity Investments, LLC | TYPE OF PROCESS <br> Summons and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Velocity Investments, LLC c/o Corporation Service Company

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
100 Coastal Drive, Suite 210 Charleston, SC 29492

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Tommy Funderburke <br> P.O. Box 883 <br> Johnsonville, SC 29555 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

RECEIVED 2026 FEB -5 PM 2:33

| Signature of Attorney other Originator requesting service on behalf of: <br> ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> 843 337-0464 | DATE <br> 1/24/2026 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process <br> 1 | District of Origin <br> No. 71 | District to Serve <br> No. 71 | Signature of Authorized USMS Deputy or Clerk <br> Jamillet Mendez-West | Date <br> 2/3/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) <br> Tara Raleigh, paralegal | Date <br> 5/7/26 | Time <br> 1401 | ☐ am <br> ☒ pm |
|---|---|---|---|
| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**Process 071-4:2025-CV-13980-1 | Cost Worksheet**
Printed on: 06/22/2026

---

## PROCESS INFORMATION

| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
|---|---|---|---|
| CV - Civil | D/SC - CHARLESTON | D/SC - CHARLESTON | TOMMY FUNDERBURKE v. VELOCITY INVESTMENTS, LLC |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | VELOCITY INVESTMENTS, LLC |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 02/17/2026 13:31 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 03/03/2026 13:36 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 05/07/2026 14:01 EDT | Served | | $0.00 | |
| | Personnel Charges | $130.00 | | $155.96 |
| | Mileage Charges | $25.96 | | |

| **Total Costs** | | | **$0.00** | **$155.96** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$155.96** |
| **Remaining Process to Serve:** | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY