**RECEIVED**

Tommy Lee Funderburke
PO Box 883 Johnsonville, SC 29555

**JUN 25 2026**

**FLORENCE, S.C.**

June 22, 2026

Clerk of Court United States District Court District of South Carolina
401 W. Evans Street Florence, SC 29501

**Tommy Lee Funderburke v. Velocity Investments, LLC Case No.: 4:25-cv-13980-JD-KDW**

Dear Clerk of Court,

Please find enclosed for filing in the above-referenced case the original and one copy of **Plaintiff's Notice to the Court Regarding Service of Process and Procedural History**.

This filing supplements the Plaintiff's Opposition (Entry 38) and is submitted to clarify the procedural record following the recent docketing of the U.S. Marshal's Service Return (Entry 39) and the Court's previous orders.

Please file this document into the record.

Thank you for your assistance with this matter.

Sincerely,

/s/ Tommy Lee Funderburke

Tommy Lee Funderburke, Plaintiff, Pro Se