TOMMY FUNDERBURKE
P O BOX 883  JOHNSONVILLE, SC
29555

CLERK OF COURT
401 W. EVANS ST.
FLORENCE, SC
29501

