JUL 16 '26 AM10:57
RCV'D - USDC FLO SC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA FLORENCE DIVISION

| | | |
|---|---|---|
| TOMMY LEE FUNDERBURKE | ) | |
| PLAINTIFF, PRO SE | ) | CASE: 4:25-cv-13980-JD-KDW |
| | ) | |
| V. | ) | PLAINTIFF'S RULE 26.01 |
| | ) | INTERROGATORIES |
| VELOCITY INVESTMENTS LLC | ) | |
| DEFENDANT | ) | |

The Plaintiff respectfully submits these Local Civil Rule 26.01 Interrogatories to comply with this Court's procedures.

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER: There are no persons or legal entities with a subrogation interest in this claim.

**(B) As to each claim, state whether it should be tried jury or non jury and why.**

ANSWER: I request a jury trial. I request that the Court determine the issue of liability and a jury determine the issue of damages.

**(C) State the basis for asserting the claim in the division in which it was filed.**

ANSWER: (1) The Defendant, Velocity Investments LLC, conducts business within this District; (2) The FDCPA and SCUTPA events leading to this claim occurred in Florence County; and (3) I resided in Florence County at the time the events occurred and continue to reside in Florence County, South Carolina.

**(D) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?**

**ANSWER:** No. This action is not related to any other matter filed in this United States District Court. A state action has already been notified to this Court.

**Respectfully submitted,**

**Tommy Lee Funderburke, Plaintiff, Pro Se**
P.O. Box 883 Johnsonville, SC 29555 tommyfunderburke@gmail.com

**Certificate of Service** I hereby certify that on this 13th day of July, 2026, a copy of the foregoing **Answers to Local Civil Rule 26.01 Interrogatories** was served upon the following party: Eric C. Hale, Esq. via Email: eric.hale@clarksonlawllc.com and through the Court's ECF System.                                              Tommy Lee Funderburke