AUG 13 '26 AM 9:28
RCV'D - USDC FLO SC

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA FLORENCE DIVISION

TOMMY LEE FUNDERBURKE            )
    PLAINTIFF, PRO SE            )            CASE: 4:25-cv-13980-JD-KDW
                        )
V.            )            PLAINTIFF'S NOTICE OF
                        )            FORTHCOMING STATE COURT
VELOCITY INVESTMENTS LLC            )            WRITTEN ORDERS
    DEFENDANT            )

COMES NOW Plaintiff, Tommy Lee Funderburke, appearing pro se, and respectfully submits this notice to inform the Court of the current status of the related proceedings in the South Carolina Court of Common Pleas for Florence County (Case No. 2025-CP-21-01796), as follows:

1. On August 4, 2026, the South Carolina Court of Common Pleas for Florence County held a live, in-court hearing in *Velocity Investments, LLC v. Tommy Funderburke* on motions by Tommy Funderburke before the Honorable Judge Brian M. Gibbons.

2. At the conclusion of oral argument, the state court indicated from the bench that it would enter an order dismissing Velocity Investments, LLC's Claim against Tommy Funderburke and that it would issue a separate ruling on Tommy Funderburke's motion for sanctions against Velocity Investments, LLC.

3. Furthermore, Velocity Investments, LLC acknowledged and agreed during the proceedings that the court should proceed to dismiss the matter through its own judicial method and judgment, to which Tommy Funderburke consented.

4. Formal, written orders embodying these decisions are currently being prepared by the court and are imminently forthcoming.

5. These orders will directly relate to several arguments made in the DEFENDANT'S MOTION TO QUASH SERVICE AND/OR VACATE ENTRY OF DEFAULT.

6. Plaintiff submits this status update in the interest of keeping the record current for judicial economy as the Honorable Magistrate Judge Kaymani D. West prepares the Report and Recommendation for release.

7. The official entry of the state court's file-stamped written orders will be promptly filed with the Court once available.

Respectfully submitted on this 13th day of August, 2026,

Tommy Lee Funderburke, Plaintiff, Pro Se

P.O. Box 883, Johnsonville, SC 29555 | tommyfunderburke@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13th, 2026, a true and correct copy of the foregoing Notice was served upon counsel of record for the Defendant, Eric C. Hale, via the Court's CM/ECF electronic filing system upon the Clerk's Filing.

Tommy Lee Funderburke