AUG 20 '26 AM11:31
RCV'D - USDC FLO SC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA FLORENCE DIVISION**

| | | |
|---|---|---|
| **TOMMY LEE FUNDERBURKE** | ) | |
| **PLAINTIFF, PRO SE** | ) | **CASE: 4:25-cv-13980-JD-KDW** |
| | ) | |
| **V.** | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **STATE COURT ORDER OF** |
| **VELOCITY INVESTMENTS LLC** | ) | **DISMISSAL WITH PREJUDICE** |
| **DEFENDANT** | ) | |

**COMES NOW Plaintiff Tommy Lee Funderburke,** appearing *pro se*, and hereby provides formal notice to the Court and Magistrate Judge regarding a material change in the status of the related state court proceedings referenced in Defendant's pending motion **(DE 37).**

On August 19, 2026, the Court of Common Pleas for Florence County, South Carolina, entered its final Form 4 Judgment and Order in *Velocity Investments LLC v. Tommy Funderburke*, Case No. 2025CP2101796, officially and permanently dismissing the action with prejudice.

**A true copy of the file-stamped state court order is attached hereto as Exhibit A.**

Plaintiff submits this public record to ensure the federal docket accurately reflects that the state litigation—upon which Defendant's pending motion **(DE 37)** heavily relied—is now fully concluded. As explicitly stated in the attached order, *"will not affect the federal court action."*

Respectfully submitted,

Tommy Lee Funderburke, Plaintiff, Pro se

PO Box 883 Johnsonville, SC 29555 | tommyfunderburke@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of filing, a copy of the foregoing Notice was served upon opposing counsel of record, Eric C. Hale, Esq., via the Court's electronic filing system and/or electronic mail.

Tommy Lee Funderburke, Pro Se